IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| WENDY CRAIG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05 - 1018 - T/An |
| ) | |
| PORTER CABLE/DELTA ) | |
| ) | |
| Defendant. ) | |

## SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates were established as the final dates for:

**RULE 26(a)(1) DISCLOSURE DEADLINE**: JUNE 17, 2005

**JOINING PARTIES**: JULY 1, 2005

**AMENDING PLEADINGS**: JULY 1, 2005

**COMPLETING ALL DISCOVERY**:

    (a)    **DOCUMENT PRODUCTION**: DECEMBER 20, 2005

    (b)    **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: DECEMBER 20, 2005

    (c)    **EXPERT DISCLOSURE (Rule 26)**:

        (1)    **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: NOVEMBER 1, 2005

        (2)    **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: NOVEMBER 28, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 06-06-05

**FILING PRETRIAL MOTIONS (INCLUDING MOTIONS FOR SUMMARY JUDGMENT):** JANUARY 24, 2006  Any response to a dispositive motion, including a motion for summary judgment, shall be filed within 30 days of the filing of the dispositive motion.

**FINAL LIST OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

    (a) **PLAINTIFF**: MARCH 15, 2006

    (b) **DEFENDANT**: MARCH 31, 2006

Parties shall have __14__ days after service of final lists of witnesses and exhibits to file objections under rule 26(a)(3).

The trial of this matter is expected to last three to four days, and is **SET FOR JURY TRIAL** at __9:30__ a.m. on __APRIL 24, 2006__. A joint pretrial order shall be submitted no later than 5:00 p.m. on __APRIL 14, 2006__. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

*The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery</u>.*

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

IT IS SO ORDERED.

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE: June 02, 2005


AGREED AND APPROVED FOR ENTRY:

GILBERT & RUSSELL, PLC
2021 Greystone Park
P.O. Box 11357
Jackson, Tennessee 38308
Telephone:   (731) 664-1340
Telefax:        (731) 667-1540

By: _____
Justin S. Gilbert
Michael L. Russell

Attorneys for Plaintiff


YOUNG & PERL, PLC
One Commerce Square, Suite 2380
Memphis, Tennessee 38103
Telephone:   (901) 525-2761
Telefax:        (901) 526-2702

By: _Kathryn W. Pascover by MLR w/permission_
Kathryn W. Pascover

Attorneys for Defendant Porter Cable/Delta

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01018 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Michael L. Russell
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Kathryn W. Pascover
YOUNG & PERL
One Commerce Square
Ste. 2380
Memphis, TN 38103

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Honorable James Todd
US DISTRICT COURT